**Sandra Cecilia Macias CUELLAR, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 07–73708.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 5, 2008.

Sandra Cecilia Macias Cuellar, Garden Grove, CA, for Petitioner.

Sharon Michele Clay, Esquire, Trial, OIL, Jeffery R. Leist, Trial, Stacy S. Paddack, Esquire, DOJ–U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM \*\*

Sandra Cecilia Macias Cuellar, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' denial of her motion to remand to consider additional evidence of hardship, arising from the immigration judge's underlying denial of her application for cancellation of removal based on petitioner's failure to establish exceptional and extremely unusual hardship to her qualifying relatives.[1]

The evidence that petitioner presented with her motion to remand concerned the same basic hardship grounds as her application for cancellation of removal. We therefore lack jurisdiction to review the BIA's discretionary determination that the evidence was insufficient to establish a prima facie case of hardship. *See Fernandez v. Gonzales,* 439 F.3d 592, 601–03 (9th Cir.2006).

**PETITION FOR REVIEW DISMISSED.**

---

1. In a 1/14/08 order, this court dismissed Cuellar's petition for review of the BIA's denial of her direct appeal from the IJ's denial of cancellation relief.